

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00242-CR

**DANA LAMBERT WATSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 52nd District Court
Coryell County, Texas
Trial Court No. 14-22210**

## MEMORANDUM OPINION

Appellant Dana Watson has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Watson personally signed the motion. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 18, 2014
Do not publish
[CR25]

